# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2019

## NO. 03-18-00526-CV

**Thomas Kam, Appellant**

**v.**

**Badruddin Karedia, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE GOODWIN;
## DISSENTING OPINION BY JUSTICE TRIANA

This is an appeal from the county court's judgment that granted directed verdict. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the county court's judgment. Therefore, the Court affirms the county court's judgment that granted directed verdict. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.